FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

E. Wayne Hage, et al        v.    United States

No.    16-1330

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se        ☒ As counsel for:   All appellants

Name of party

I am, or the party I represent is (select one):

☐ Petitioner        ☐ Respondent        ☐ Amicus curiae        ☐ Cross Appellant

☒ Appellant        ☐ Appellee        ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant        ☐ Respondent or appellee

Name:                     Mark L. Pollot

Law Firm:                 Mark L. Pollot, Esq.

Address:                  2576 E. Sadie Drive

City, State and Zip:      Eagle, Idaho   83616

Telephone:               (208) 867-8389

Fax #:                    None

E-mail address:          conresctr@cableone.net

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party.  I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 6/19/

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date    12/30/2015        Signature of pro se or counsel  /s/ Mark L. Pollot

cc:

Reset Fields

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  December 30, 2015
by:

        ☐ U.S. Mail

        ☐ Fax

        ☐ Hand

        ☒ Electronic Means (by E-mail or CM/ECF)

| Mark L. Pollot | /s/ Mark L. Pollot |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Mark L. Pollot |
| Address | 2576 E. Sadie Drive |
| City, State, Zip | Eagle, ID   83616 |
| Telephone Number | (208) 867-8389 |
| Fax Number | n/a |
| E-Mail Address | conresctr@cableone.net |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

[ Reset Fields ]